UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 13 |
|   JOHN HOWLEY | ) | |
|   FRANCES HOWLEY | ) | CASE NO. 15-41096 |
| | ) | |
|         Debtor(s) | ) | RUSS KENDIG |
| | ) | U.S. Bankruptcy Judge |

## NOTICE OF FINAL CURE PAYMENT ON RESIDENTIAL MORTGAGE

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee hereby files the within Notice that the amount required to cure the default in the claim below has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor:    NATIONAL ASSET ADVISORS

Claim No.:    NOT FILED
Amount:    $.00

Last four (4) digits of any number used to identify the Debtor('s') account: xxxxxx9202.

### ***IMPORTANT***

Within twenty-one (21) days of service of the within Notice, creditor shall file and serve on the Debtor(s), Debtor('s') counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a statement indicating:

(1) whether it agrees that the debtor(s) has paid in full the amount required to cure the default on the claim; and,

(2) whether the debtor(s) is otherwise current on all payments consistent with § 1322 (b)(5) of the Code.

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3002 (f). A hearing on your response to this Notice shall not be scheduled unless a motion pursuant to Rule 3002.1(h) of the Federal Rules of Bankruptcy Procedures is requested by a party in interest. A post-petition default shall not be paid by the Chapter 13 Trustee unless an appropriate plan modification is filed by debtor.

Notwithstanding debtor's failure to pay a claim, arising post-petition pursuant to 11 U.S.C. § 1322 (b)(2) of the Bankruptcy Code, a discharge under 11 U.S.C. § 1328 may be granted debtor with respect to all other claims provided for in debtor's plan.

Dated: November 15, 2019      Respectfully submitted:

                                                /s/ Michael A. Gallo, Trustee
                                                Standing Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| JOHN HOWLEY | ) | |
| FRANCES HOWLEY | ) | CASE NO. 15-41096 |
| | ) | |
| Debtor(s) | ) | RUSS KENDIG |
| | ) | U.S. Bankruptcy Judge |

## CERTIFICATE OF SERVICE

I certify that on November 15, 2019, a true and correct of the within Notice of Final Cure on Residential Mortgage was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    RICK PLUMA, ESQUIRE at rpluma@ohiolegalclinic.com
    OFFICE OF THE UNITED STATES TRUSTEE at (Registered address)@usdoj.gov.

And by regular U.S. mail, postage prepaid, on:

    JOHN and FRANCES HOWLEY
    59 DUNCAN LANE
    YOUNGSTOWN, OH 44505

    NATIONAL ASSET ADVISORS
    P.O. BOX 1517
    IRMO, SC 29063

                                             /s/ MICHAEL A. GALLO, TRUSTEE
                                             MICHAEL A. GALLO, TRUSTEE
                                             5048 Belmont Avenue
                                             Youngstown, OH 44505
                                             (330) 743-1246
                                             Fax: (330) 746-8616